Form 065

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:                                                      Bankruptcy Case No.: 23−70022−JAD

                                                                     Chapter: 7

**Moses Dolz**
    Debtor(s)

## CERTIFICATION

The Clerk of Court certifies that:

(1)     The petition commencing the above−captioned case was filed on January 20, 2023.

(2)     *W.PA.LBR. 1007−1* requires the debtor to upload the Mailing Matrix into the CM/ECF System at the time of filing the petition.

(3)     The debtor did not upload the Mailing Matrix into the CM/ECF System at the time of filing the petition.

                                                                                          /s/ Michael R. Rhodes
                                                                                          Clerk of Court

## ORDER

It is hereby **ORDERED** that, based on the foregoing Certification and pursuant to *Fed.R.Bankr.P. 1007* and *W.PA.LBR. 1007−1*, this case is **DISMISSED** without prejudice.

Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*.

Debtor(s) remains legally liable for all of his/her debts as if the bankruptcy petition had not been filed.

                                                                                      Jeffery A. Deller

Dated: January 23, 2023                                                     United States Bankruptcy Judge
cm: All Parties In Interest