IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:    MOSES DOLZ | : | Bankruptcy No.  23-70022 |
| | : | |
| Debtor | : | |
| | : | Chapter    7 |
| | : | |
| Movant | : | |
| | : | Related to Document No. |
| v. | : | |
| | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |

**NOTICE REGARDING FILING OF MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(e) I, __J Allen Roth_____, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By:    /s/ J Allen Roth, Esq.
_____
Signature

J. Allen Roth
_____
Typed Name

805 S Alexandria St  Latrobe PA  15650
_____
Address

724-537-0939
_____
Phone No.

30347 Pennsylvania
_____
List Bar I.D. and State of Admission

**PAWB Local Form 29 (07/13)**