IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case 7:23-70022 JAD |
| ) | |
|    MOSES DOLZ, ) | Chapter 7 |
| ) | |
|        Debtors. ) | |
| --------------------------------------------------- ) | |
| MOSES DOLZ, ) | |
| ) | |
|        Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| LISA M. SWOPE, Chapter 7 Trustee, ) | |
| UNITED STATES TRUSTEE, ) | |
| CAPITAL ONE, EXCELA HEALTHCARE, ) | |
| LOWES, SYNCHRONY BANK, EXACT ) | |
| SCIENCES LABORATORIES, ) | |
| BRYAN MELLINGER, and PRA ) | |
| RECEIVABLES MANAGEMENT LLC, ) | |
| ) | |
|        Respondents. ) | |

## MOTION TO RECONSIDER DISMISSAL ORDER

Debtor Moses Dolz, through his undersigned counsel, moves this Court to reconsider the Order at Entry 8 dismissing the bankruptcy for failure to file the matrix and certification. An Amended Petition has been filed and the appropriate matrix and certification lodged. Therefore, reconsideration is in the best interests of the judicial economy and the liquidating debtor.

WHEREFORE, Debtor respectfully requests that this Court reconsider the Order dismissing this case.

**Date of Service: January 23, 2023**

/s/ J. Allen Roth, Esq._____
J. Allen Roth, Esq. (PA ID 30347)
805 S. Alexandria St
Latrobe PA  15650
(724) 537-0939
lawmatters@yahoo.com

COUNSEL FOR DEBTOR