IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case 7:23-70022 JAD |
| ) | |
| MOSES DOLZ, ) | Chapter 7 |
| ) | |
| Debtors. ) | |
| ---------------------------------------------------------- ) | |
| MOSES DOLZ, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| LISA M. SWOPE, Chapter 7 Trustee, ) | |
| UNITED STATES TRUSTEE, ) | |
| CAPITAL ONE, EXCELA HEALTHCARE, ) | |
| LOWES, SYNCHRONY BANK, EXACT ) | |
| SCIENCES LABORATORIES, ) | |
| BRYAN MELLINGER, and PRA ) | |
| RECEIVABLES MANAGEMENT LLC, ) | |
| ) | |
| Respondents. ) | |

**ORDER RECONSIDERING DISMISSAL**

AND NOW, this ____ day of January 2023, upon consideration of the Motion to Reconsider Dismissal, it is hereby ORDERED, ADJUDGED, and DECREED that the Order at Entry 8 Dismissing the Case for failure to upload a creditors matrix and certification is VACATED and the case is reinstated *nunc pro tunc*. The directive of the Clerk to file schedules by February 3, 2023, remains in effect. Debtor shall serve this Order upon the known creditors.

_____
United States Bankruptcy Judge