IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: MOSES DOLZ | : | Bankruptcy No. 23-70022 |
| | : | |
| Debtor | : | |
| | : | Chapter 7 |
| | : | |
| Movant | : | |
| | : | Related to Document No. |
| v. | : | |
| | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |

## NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I, __J Allen Roth__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: /s/ J Allen Roth, Esq.
Signature

J. Allen Roth
Typed Name

805 S Alexandria St  Latrobe PA  15650
Address

724-537-0939
Phone No.

30347 Pennsylvania
List Bar I.D. and State of Admission

**PAWB Local Form 29 (07/13)**

Capital One
PO Box 71083
Charlotte, NC  28272

Excela Healthcare
PO Box 645773
Pittsburgh, PA  15264

Lowes
PO Box 530914
Atlanta, GA 30353

Synchrony Bank
PO Box 530914
Atlanta, GA  30353

Exact Sciences Laboratories
145 E Badger Road
Madison WI  53713

Bryan Mellinger
c/o Mark L Sorice Esq
229 S Maple Avenue
Greensburg PA  15601

PRA Receivables Management LLC
PO Box 41021
Norfolk, VA 23541