```
Capital One
PO Box 71083
Charlotte, NC  28272

Excela Healthcare
PO Box 645773
Pittsburgh, PA  15264

Lowes
PO Box 530914
Atlanta, GA 30353

Synchrony Bank
PO Box 530914
Atlanta, GA  30353

Exact Sciences Laboratories
145 E Badger Road
Madison WI  53713

Bryan Mellinger
c/o Mark L Sorice Esq
229 S Maple Avenue
Greensburg PA  15601

PRA Receivables Management LLC
PO Box 41021
Norfolk, VA 23541
```