IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:     MOSES DULZ                        :    Bankruptcy No.    23-70022
                                             :
                    Debtor                   :
                                             :    Chapter    7
                                             :
Movant                                       :
                                             :    Related to Document No.    10
           v.                                :
                                             :
                                             :
Respondent (if none, then "No Respondent")   :

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

__xx__   Voluntary Petition - *Specify reason for amendment*:

         <u>Official Form 6 Schedules</u> (Itemization of Changes Must Be Specified)
_____   Summary of Schedules
_____   Schedule A - Real Property
_____   Schedule B - Personal Property
_____   Schedule C - Property Claimed as Exempt
_____   Schedule D - Creditors holding Secured Claims
             Check one:
             _____   Creditor(s) added
             _____   NO creditor(s) added
             _____   Creditor(s) deleted
_____   Schedule E - Creditors Holding Unsecured Priority Claims
             Check one:
             _____   Creditor(s) added
             _____   NO creditor(s) added
             _____   Creditor(s) deleted
_____   Schedule F - Creditors Holding Unsecured Nonpriority Claims
             Check one:
             _____   Creditor(s) added
             _____   NO creditor(s) added
             _____   Creditor(s) deleted
_____   Schedule G - Executory Contracts and Unexpired Leases
             Check one:
             _____   Creditor(s) added
             _____   NO creditor(s) added
             _____   Creditor(s) deleted
_____   Schedule H - Codebtors
_____   Schedule I - Current Income of Individual Debtor(s)
_____   Schedule J - Current Expenditures of Individual Debtor(s)
_____   Statement of Financial Affairs
_____   Chapter 7 Individual Debtor's Statement of Intention
_____   Chapter 11 List of Equity Security Holders
_____   Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____   Disclosure of Compensation of Attorney for Debtor
__xx__   Other:    _____Disclosure of additional a/k/a names, fully answered questions 11 and 17._____

**PAWB Local Form 6  (07/13)**                                                              Page 1 of 2

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

Date: __1/24/2022__

/s/ J Allen Roth
_____
Attorney for Debtor(s) [or *pro se* Debtor(s)]

__J Allen Roth, Esq_____
(Typed Name)

__805 S Alexandria St   Latrobe PA  15650__
(Address)

__724-537-0939_____
(Phone No.)

__30347 PA_____
List Bar I.D. and State of Admission

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.