IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case 23-70022 JAD |
| MOSES DOLZ, | ) | Chapter 7 |
| Debtors. | ) | |
| MOSES DOLZ, | ) | |
| Movant, | ) | Related to Docs. #8 and 11 |
| v. | ) | |
| LISA M. SWOPE, Chapter 7 Trustee, UNITED STATES TRUSTEE, CAPITAL ONE, EXCELA HEALTHCARE, LOWES, SYNCHRONY BANK, EXACT SCIENCES LABORATORIES, BRYAN MELLINGER, and PRA RECEIVABLES MANAGEMENT LLC, | ) | |
| Respondents. | ) | |

## ORDER RECONSIDERING DISMISSAL

AND NOW, this <u>25th</u> day of January 2023, upon consideration of the Motion to Reconsider Dismissal, it is hereby ORDERED, ADJUDGED, and DECREED that the Order at Entry 8 Dismissing the Case for failure to upload a creditors matrix and certification is VACATED and the case is reinstated *nunc pro tunc*. The directive of the Clerk to file schedules by February 3, 2023, remains in effect. Debtor shall serve this Order upon the known creditors.

_____sjk__
United States Bankruptcy Judge
Jeffery A. Deller

FILED
1/25/23 8:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA