**Form 065**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:                                                        Bankruptcy Case No.: 23−70022−JAD

                                                              Chapter: 7

**Moses Dolz**
   Debtor(s)

## CERTIFICATION

The Clerk of Court certifies that:

(1)    The petition commencing the above−captioned case was filed on January 20, 2023.

(2)    *W.PA.LBR. 1007−1* requires the debtor to upload the Mailing Matrix into the CM/ECF System at the time of filing the petition.

(3)    The debtor did not upload the Mailing Matrix into the CM/ECF System at the time of filing the petition.

                                                              /s/ Michael R. Rhodes
                                                              Clerk of Court

## ORDER

It is hereby ***ORDERED*** that, based on the foregoing Certification and pursuant to *Fed.R.Bankr.P. 1007* and *W.PA.LBR. 1007−1*, this case is ***DISMISSED*** without prejudice.

Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*.

Debtor(s) remains legally liable for all of his/her debts as if the bankruptcy petition had not been filed.

                                                              Jeffery A. Deller
Dated: January 23, 2023                                       United States Bankruptcy Judge
cm: All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Moses Dolz  
    Debtor

Case No. 23-70022-JAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 2  
Date Rcvd: Jan 23, 2023      Form ID: 065      Total Noticed: 3

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Moses Dolz, 10 Hilltop Drive, Blairsville, PA 15717-6727 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 24 2023 00:21:55 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15564087 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 24 2023 00:11:29 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.  
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 25, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2023 at the address(es) listed below:

**Name**      **Email Address**

J. Allen Roth  
    on behalf of Debtor Moses Dolz jallenroth@recap.email federal@jarothlaw.com

Lisa M. Swope, Chapter 7 Trustee  
    lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com

District/off: 0315-7 User: auto Page 2 of 2
Date Rcvd: Jan 23, 2023 Form ID: 065 Total Noticed: 3

Office of the United States Trustee
               ustpregion03.pi.ecf@usdoj.gov

TOTAL: 3