IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case 23-70022 JAD |
| | ) | |
| MOSES DOLZ, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |
| ———————————————— | ) | |
| MOSES DOLZ, | ) | |
| | ) | Related to Docs. #8 and 11 |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LISA M. SWOPE, Chapter 7 Trustee, | ) | |
| UNITED STATES TRUSTEE, | ) | |
| CAPITAL ONE, EXCELA HEALTHCARE, | ) | |
| LOWES, SYNCHRONY BANK, EXACT | ) | |
| SCIENCES LABORATORIES, | ) | |
| BRYAN MELLINGER, and PRA | ) | |
| RECEIVABLES MANAGEMENT LLC, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER RECONSIDERING DISMISSAL**

AND NOW, this 25th day of January 2023, upon consideration of the Motion to Reconsider Dismissal, it is hereby ORDERED, ADJUDGED, and DECREED that the Order at Entry 8 Dismissing the Case for failure to upload a creditors matrix and certification is VACATED and the case is reinstated *nunc pro tunc*. The directive of the Clerk to file schedules by February 3, 2023, remains in effect. Debtor shall serve this Order upon the known creditors.

_____ sjk
United States Bankruptcy Judge
Jeffery A. Deller

FILED
1/25/23 8:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-70022-JAD |
| Moses Dolz | Chapter 7 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 1 |
| Date Rcvd: Jan 25, 2023 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Moses Dolz, 10 Hilltop Drive, Blairsville, PA 15717-6727 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: rmscedi@recoverycorp.com | Jan 26 2023 00:09:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| J. Allen Roth | on behalf of Debtor Moses Dolz jallenroth@recap.email federal@jarothlaw.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 3