IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case 23-70022 JAD |
| MOSES DOLZ, | ) | Chapter 7 |
| Debtors. | ) | |
| -------------------------------------------------- | ) | |
| MOSES DOLZ, | ) | |
| Movant, | ) | |
| v. | ) | |
| LISA M. SWOPE, Chapter 7 Trustee, UNITED STATES TRUSTEE, CAPITAL ONE, EXCELA HEALTHCARE, LOWES, SYNCHRONY BANK, EXACT SCIENCES LABORATORIES, BRYAN MELLINGER, and PRA RECEIVABLES MANAGEMENT LLC, | ) | |
| Respondents. | ) | |

## ORDER EXTENDING TIME TO FILE SCHEDULES

AND NOW, this ____ day of February 2023, upon consideration of the Motion for Extension of Time, it is hereby ORDERED, ADJUDGED, and DECREED that the Debtor may file his schedules and cure any remaining defects in the petition no later than February 13, 2023. Debtor shall serve this Order upon the known creditors.

_____
Hon. Jeffery A. Deller
United States Bankruptcy Judge