IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case 23-70022 JAD |
| ) | |
| MOSES DOLZ, ) | Chapter 7 |
| ) | |
| Debtors. ) | |
| ------------------------------------------------- ) | |
| MOSES DOLZ, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| LISA M. SWOPE, Chapter 7 Trustee, ) | |
| UNITED STATES TRUSTEE, ) | |
| CAPITAL ONE, EXCELA HEALTHCARE, ) | |
| LOWES, SYNCHRONY BANK, EXACT ) | |
| SCIENCES LABORATORIES, ) | |
| BRYAN MELLINGER, and PRA ) | |
| RECEIVABLES MANAGEMENT LLC, ) | |
| ) | |
| Respondents. ) | |

## MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES

Debtor Moses Dolz, through his undersigned counsel, moves this Court to extend the time to file the schedules in this case until February 13, 2023. Counsel had a meeting planned with the Debtor to finalize the schedules and missing information, but due to illness of counsel it had to be postponed until the week for February 6, 2023. Debtor can file the schedules either this week or over the weekend.

WHEREFORE, Debtor respectfully requests that this Court grant an extension until February 13, 2023.

Date of Service: February 5, 2023

/s/ J. Allen Roth, Esq.
J. Allen Roth, Esq. (PA ID 30347)
805 S. Alexandria St
Latrobe PA  15650
(724) 537-0939
lawmatters@yahoo.com

COUNSEL FOR DEBTOR