IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              )   Case 23-70022 JAD
                                                    )
        MOSES DOLZ,                                 )   Chapter 7
                                                    )
                        Debtors.                    )
------------------------------------------------    )
MOSES DOLZ,                                         )
                                                    )
                        Movant,                     )   Related to Doc. #22
                                                    )
        v.                                          )
                                                    )
LISA M. SWOPE, Chapter 7 Trustee,                  )
UNITED STATES TRUSTEE,                             )
CAPITAL ONE, EXCELA HEALTHCARE,                    )
LOWES, SYNCHRONY BANK, EXACT                       )
SCIENCES LABORATORIES,                             )
BRYAN MELLINGER, and PRA                           )
RECEIVABLES MANAGEMENT LLC,                        )
                                                    )
                        Respondents.                )

## ORDER EXTENDING TIME TO FILE SCHEDULES

AND NOW, this 6th day of February 2023, upon consideration of the Motion for

Extension of Time, it is hereby ORDERED, ADJUDGED, and DECREED that the

Debtor may file his schedules and cure any remaining defects in the petition no later

than February 13, 2023.  Debtor shall serve this Order upon the known creditors.

                                                sjk

_____
Hon. Jeffery A. Deller
United States Bankruptcy Judge

FILED
2/6/23 12:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                               Case No. 23-70022-JAD

Moses Dolz                                                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7                          User: auto                                    Page 1 of 1

Date Rcvd: Feb 06, 2023                   Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                    regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2023:**

**Recip ID              Recipient Name and Address**
db                      +  Moses Dolz, 10 Hilltop Drive, Blairsville, PA 15717-6727

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2023                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2023 at the address(es) listed below:**

**Name                        Email Address**

J. Allen Roth
                              on behalf of Debtor Moses Dolz jallenroth@recap.email  federal@jarothlaw.com

Lisa M. Swope, Chapter 7 Trustee
                              lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com

Office of the United States Trustee
                              ustpregion03.pi.ecf@usdoj.gov

TOTAL: 3