Certificate Number: 03621-PAW-CC-037107159



03621-PAW-CC-037107159

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 14, 2023</u>, at <u>3:00</u> o'clock <u>PM EST</u>, <u>Moses Dolz Jr</u> received from <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, an agency approved pursuant to 11 U.S.C.  111 to provide credit counseling in the <u>Western District of Pennsylvania</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C.  109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by telephone</u>.


Date:   <u>January 14, 2023</u>              By:     <u>/s/Itzel Rivas</u>


                                           Name:  <u>Itzel Rivas</u>


                                           Title:  <u>Credit Counselor</u>


\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C.  109(h) and 521(b).