IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | No. 23-70022 |
| | ) | |
| MOSES DOLZ, | ) | |
| | ) | |
| Debtor. | ) | |

**STATEMENT THAT THERE IS NO EMPLOYEE INCOME RECORD**

I, Moses Dolz, declare under penalty for perjury that I have no employee income record because I receive Social Security benefits as my source of income.

*/s/ Moses Dolz*