# Notice Recipients

District/Off: 0315–7        User: admin             Date Created: 05/05/2023
Case: 23–70022–JAD          Form ID: 144            Total: 5

**Recipients of Notice of Electronic Filing:**
ust     Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
tr      Lisa M. Swope, Chapter 7 Trustee        lms@nsslawfirm.com
aty     J. Allen Roth           jallenroth@recap.email
aty     Lisa M. Swope, Chapter 7 Trustee        lms@nsslawfirm.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Moses Dolz      10 Hilltop Drive        Blairsville, PA 15717

TOTAL: 1