Certificate Number: 03621-PAW-DE-037429394

Bankruptcy Case Number: 23-70022



03621-PAW-DE-037429394

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 15, 2023</u>, at <u>12:18</u> o'clock <u>PM EDT</u>, <u>Moses Dolz Jr</u> completed a course on personal financial management given <u>by telephone</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  May 15, 2023            By:   /s/Ashley Bradley

                               Name: Ashley Bradley

                               Title: Credit Counselor